JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiff,<br><br>vs.<br><br>LBH PROPERTIES LIMITED PARTNERSHIP, et al.,<br><br>        Defendants. | No: 2:12-CV-01484-PA (SPx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>NOTE: CHANGES MADE BY THE COURT |

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Cecil Shaw and Defendants LBH Properties Limited Partnership, David Lee Hertzberg and Maxine Ruth Hertzberg shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. ~~By consent of Plaintiff Cecil Shaw and Defendants LBH Properties Limited Partnership, David Lee Hertzberg and Maxine Ruth Hertzberg, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.~~

3. Except as provided for in paragraphs 1 and 2 above, LBH Properties Limited Partnership, David Lee Hertzberg and Maxine Ruth Hertzberg are dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: October 5, 2012

_____
United States District Court Judge

*Shaw v. LBH Properties Limited Partnership, et al.*
[Proposed] Order Granting Stipulation for Dismissal of Action

Page 1